UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 07CR3179-W 07mj2607 |
| vs. | ORDER |
| Hector Guillermo Farias-Becerra, et al. Defendant(s) | RELEASING MATERIAL WITNESS |
| | Booking No. 06514298 |

On order of the United States District/Magistrate Judge, CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Quing Lin #05537298

DATED: 11-27-07

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

2007 NOV 27 AM 11:15

OR

W. SAMUEL HAMRICK, JR. Clerk

by J Hernandez

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082